UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:18-cr-84 |
| v. ) | Judge Mattice |
| ) | |
| STEWART MITCHELL ) | |

## **NOTICE**

The Court has been informed the defendant, his attorney, and the government have reached a plea agreement in this case. Therefore, **PLEASE TAKE NOTICE** that a rearraignment (change of plea) hearing is **SET** for **9:00 a.m. on Monday, October 29, 2018,** before the United States District Judge, United States Courthouse, Third Floor Courtroom, 900 Georgia Avenue, Chattanooga, Tennessee.

HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

By: /s/ Martha Corts
Judicial Assistant to Judge Mattice

October 3, 2018